■ VIRGINIA HAYNOS, as Administratrix of the Estate of STELLA PARWULSKI, Deceased, Respondent, v. CLARA KRUPCZYK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ NIAGARA MOHAWK POWER CORPORATION, Appellant, v. ÆTNA INSURANCE COMPANY et al., Respondents.— Motion for reargument denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ CHAUTAUQUA COUNTY FEDERATION OF SPORTSMENS CLUB, INC., Respondent, v. ERNEST W. CAFLISCH, as Administrator of the Estate of J. CARL CAFLISCH, Deceased, et al., Appellants.— Motion for reargument and other relief denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ ERNEST W. CAFLISCH, as Administrator of the Estate of J. CARL CAFLISCH, Deceased, et al., Appellants, v. CHAUTAUQUA COUNTY FEDERATION OF SPORTSMENS CLUB, INC., Respondent.— Motion for reargument and other relief denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of the Accounting of FIRST TRUST & DEPOSIT COMPANY, as Successor Trustee under Deed of Trust between MELISSA M. DENISON and FREDERICK W. BARKER.— Motion for leave to appeal to the Court of Appeals denied. We consider the motion timely, but the motion is denied. Motion to vacate order of this court entered November 30, 1961, denied. Order entered changing date of filing of decision from November 30, 1961, to October 25, 1961, and directing entry of the order herein *nunc pro tunc* as of October 25, 1961. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ In the Matter of SIERRA CONSTRUCTION Co., INC., Appellant, v. BOARD OF APPEALS OF THE TOWN OF GREECE, et al., Respondents.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ WARREN L. MONG, JR., Respondent, v. ALLSTATE INSURANCE COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ HOWARD SCHULTZ, Respondent, v. RAYMOND KOBUS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIGMUND ZOCHOWSKI, Appellant.— Motion for reargument granted; stay granted pending hearing and determination of appeal on reargument; case set down for argument on April 10, 1962. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) In the Matter of SEBASTIAN PANTONINI, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents. (B) In the Matter of IRVING GREENBERG et al., Petitioners, v. MARTIN C. EPSTEIN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents. (C) ANTHONY RICOTTA, Respondent, v. STATE OF NEW YORK, Appellant. (D) ALECK WHATLEY, Appellant, v. RAYMOND COLBERT, JR., Respondent. (E) JOHN BUSCH, JR., Respondent, v. CLAYTON HOUSE et al. (F) THADEUS STANIEC et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (G) FALCONER PLATE GLASS CORP. et al., Claimants, v. STATE OF NEW YORK, Defendant. (And Three Other Actions.) — [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) ABILITY SANITATION CORPORATION, Respondent, v. THEODORE BONNEY, Appellant. (B) MAJOR NEWSPAPER AGENCY, INC., Respondent, v.